MEMORANDUM OPINION




No. 04-07-00498-CR



Devon Arlene VEGA,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 2006-CR-2210


Honorable Philip A. Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: September 12, 2007


DISMISSED

 The trial court's certification in this appeal states that the case is a "plea-bargain case, and
the defendant has NO right of appeal" and "the defendant has waived his right of appeal." Rule
25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a
certification that shows the defendant has a right of appeal has not been made part of the record
under these rules." Tex. R. App. P. 25.2(d). 

 Appellant's counsel filed a written notice with this court that counsel reviewed the record and
"can find no right of appeal for Appellant." We construe this notice as an indication that appellant
will not seek to file an amended trial court certification showing that she has the right of appeal. See
Tex. R. App. P. 25.2(d); 37.1; see also Daniels v. State, 110 S.W.3d 174, 177 (Tex. App.--San
Antonio 2003, no pet.). In light of the record presented, we agree with appellant's counsel that Rule
25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.


 PER CURIAM

Do Not Publish